THE VILLAGE OF CHARLOTTE, Appellant, *v.* JOHN M. KEON, Respondent.

(Submitted March 17, 1913; decided March 25, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 207 N. Y. 346.)